Your Honor,　　　　　RDB-11-0547

I am writing to you today because, I was Transferred from the Cheshapeake Detention facility (CDf) to the Court house at 101 Lombard St. My Legal paper, Medication, Legal letters and other papers pertinent to my Case where all placed in a brown Shopping bag and transported with me Opon leaving the federal Court house I ask the transport officers if they had all my property, they replied that they did. I was taken to the Northern Neck Rigional Jail in Warsaw, Va. Where again I ask for the legal mail, letters and Medications. This time I was advised they did not have my property. It was Not transported with me. I went four days without my Meds. Putting in all proper requist forms required by the Northern Neck facility to find my paper work. I have contacted my Lawyer several times and ask that he contact the Marshells department at the federal Court house. I my Knowleg this has not been done. Your

RECEIVED
IN THE CHAMBERS OF
RICHARD D. BENNETT

JAN ? ? 2013

UNITED STATES DISTRICT COURT

Honor Their are papers I can not duplicate in that bag. I apologize for bring this matter to your attention but, I have tryed all other avenues with no avail. Your Honor, if this matter could be solved by a simple requist to the Marshalls to find my Legal mail and paper, I would be grateful. I don't undestand why the very same medications that was brought to the facility on Tuseday 15, 2013 and not my paper work, if it was placed in the very same bag.

Respectfully Submitted
Nicky Cash
P.O. Box 1060
Northern Neck Regional Jail
Warsaw, Va. 22572

Nicky Cash O-Pod
P.O Box 1060
Northern Neck Regional Jail
Warsaw, Va. 22572

RICHMOND VA 230
22 JAN 2013 PM 2 L

USA
FIRST-CLASS
FOREVER

United District Court of Maryland.
101 W Lombard St.
Balto, Md. 21201
ATT. Judge Bennett.

RDB-11-0547

Inspected by
Court Security Office
JAN 24 2012
Baltimore, MD

Legal mail.    21201262915