8-5-2026

Federal Correctional Facility Dublin
Nicky E.E. Cash
5701 8th st. Camp Parks
Dublin, CA. 94568

Clerk, Unitrd States District Court
101 w. Lombard st.
Baltimore, MD. 21202

```
____ FILED      ____ ENTERED
____ LOGGED     __✓__ RECEIVED

       AUG 1 5 2016

        AT BALTIMORE
   CLERK, U.S. DISTRICT COURT
     DISTRICT OF MARYLAND
BY _____ DEPUTY
```

Dear Clerk of the Court:

I am writing to you today to retrieve a copy of my complete arrest record from 1994 to present and a copy of all court docketsand case numbers on the case 1:11-CR-00547-RDB-3 from Judget Robert Bennett around the time piored of 2011 to present

I am incascerated at the Federal Correctional Ficility FCI Dublin and am looking into several aspects of my case along with other important matters that are vital. This is a very time sencetive matter. I appreciate your time and attendtion to this matter. Please address any and all imformation to the above address.

Respectfully
Nicky E.E. Cash
53977-037-B

*/s/ Nicky E.E. Cash*